■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURO CAIRA, Appellant. — Judgment, Supreme Court, Bronx County (Silbermann, J.), rendered on June 5, 1979, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Ross, Markewich, Lupiano and Asch, JJ.